UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| DUSTIN MARTIN, | |
|---|---|
| Plaintiff, | Case No. 2:22-cv-02083-GMN-EJY |
| v. | **ORDER** |
| FULLER BRISBON, et al., | |
| Defendants. | |

On March 20, 2023, Plaintiff Dustin Martin filed a notice of change of address demonstrating he is no longer incarcerated. ECF No. 8. For this reason the Court denies Plaintiff's current application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot. Plaintiff must file an application to proceed *in forma pauperis* by a non-prisoner.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff a copy of this Order together with the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that **no later than June 26, 2023**, Plaintiff **must** either pay the filing fee of $402 or file a new complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, this case will be subject to dismissal without prejudice.

DATED this 24th day of May 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE