Dustin Martin
1185 Jason Drive
Sparks Nevada 89434
(775) 351-5007
Dustin84martin@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dustin Martin,<br>Plaintiff,<br>vs,<br>FULLER BRISBON, et al.<br>Defendants. | Case No.: 2:22-CV-0283-GMN-EJY<br><br>RESPONSE TO DEFENDANTS MOTION TO DISMISS |

Plaintiff, Dustin Martin, hereinafter "Martin" hereby responds to Defendants' Miguel Fuller-Brinsbon, hereinafter "Brinsbon" and James Buckley, hereinafter "Buckley" Motion to Dismiss.

Martin filed his complaint based upon the fact that the Defendants were trained in proper proceedure for closed custody inmates. Martin was infact a closed custody inmate. Martin was classified to Ely State Prison Max Custody. Marttin was housed in Administrative Segregation for medical treatment and was a house porter pending treatment for his fractured righ hand. Martin dropped all affiliations wqith prison gang per investigator Hollingsworth and caseworker Castro. Per NRS 209.369 Section 2 line 4-9 states inmates be seperated from general population.

Martin was housed in segregation with Brinsbon and Buckley for a period of time in which on several occassions caseworker Yates caught Brinsbon and Buckley allowed the doors between unites be proped open for easy access creating direct danger between inmates of different classifications. Yates would directly address the said situation with all parties. Defendants would lock down each individual worker while others would perform work duties. Therefore Defendants intentionally acted out of direct violation of training policy.

October 2, 2023 Dustin Martin

Verified by pdfFiller 10/02/2023