UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DUSTIN MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>FULLER BRISBON, et al.,<br><br>        Defendants. | Case No. 2:22-cv-02083-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Defendants Miguel Fuller-Brisbon and James Buckley's Motion for Stay of Discovery (ECF No. 25) filed on October 20, 2023.[1]  No response to the Motion was timely filed.  Under United States District Court for the District of Nevada Local Rule 7-2(d) the Court may treat the failure to file an opposition to a motion as consent by the opposing party to the granting of the motion.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Stay Discovery (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that if the Order addressing Defendants' Motion to Dismiss does not resolve this case in its entirety, Defendants **must** file a notice with the Court no later than ten (10) days after such Order is issued identifying what claims remain to be resolved.  The Court will thereafter issue a discovery plan and scheduling order.

Dated this 6th day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] The Motion is titled, "Defendants' Motion for Stay of Discovery Pending Decision on Summary Judgment," however, neither party has sought summary judgment in this case.  Moreover, Defendants only discuss their pending Motion to Dismiss (ECF No. 16).  Therefore, the Court finds the reference to a motion for summary judgment is a typographical error.