UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DUSTIN MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>FULLER BRISBON, et al.,<br><br>    Defendants. | Case No. 2:22-cv-02083-GMN-EJY<br><br>**ORDER** |

    Pending before the Court is Defendants' Notice Following Decision on Motion to Dismiss filed on January 16, 2024 (the "Notice"). ECF No. 28. The Notice explains the Court entered an Order Denying Defendants Motion to Dismiss on January 3, 2024. ECF No. 27. Thus, all of Plaintiff's claims remain to be resolved. Defendants intend to file an interlocutory appeal addressing denial of qualified immunity. Defendants request the stay remain in place until the appeal is filed. No response to Defendant's Notice or the request made was filed.

    Accordingly, IT IS HEREBY ORDERED that the stay of discovery entered on November 6, 2023 (ECF No. 26) remains in effect pending the filing of Defendants' opening brief on appeal.

    IT IS FURTHER ORDERED that no later than fourteen (14) days after Defendant's opening brief is filed, the parties must file a proposed discovery plan and scheduling order.

    Dated this 9th day of February, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1